United States Courts
Southern District of Texas
FILED

*March 30, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | CASE NO. _____ **4:26-cr-193** |
| v. | **INFORMATION** |
| **RICKY CALVIN MARTIN**, | **18 U.S.C. § 844(i)** |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

On or about January 1, 2025, in the Southern District of Texas, the defendant,

**RICKY CALVIN MARTIN**,

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive materials, a building used in interstate commerce, and in activities affecting interstate commerce, to wit, Toyori Sizzling Ramen, a restaurant located at 9889 Bellaire Boulevard, Houston, Texas.

All in violation of Title 18, United States Code, Section 844(i).

## COUNT TWO

On or about January 1, 2025, in the Southern District of Texas, the defendant,

**RICKY CALVIN MARTIN**,

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive materials, a building used in interstate commerce, and in activities affecting interstate

1

commerce, to wit, Mikiya Wagyu Shabu House, a restaurant located at 9896 Bellaire Boulevard, Houston, Texas.

All in violation of Title 18, United States Code, Section 844(i).

### COUNT THREE

On or about January 1, 2025, in the Southern District of Texas, the defendant,

**RICKY CALVIN MARTIN**,

aiding and abetting others known and unknown, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive materials, a vehicle used in interstate commerce, and in activities affecting interstate commerce, to wit, a U-Haul rental moving van made by Ford Motor Company.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

By:   John Sergei Ganz
Assistant United States Attorney

2